United States District Court

Eastern District of California

Paul Eric Hebbe,

       Plaintiff,   No. Civ. S 00-0306 GEB PAN P

  vs.   Order

Cal Terhune, et al.,

       Defendants.

-oOo-

September 20, 2004, defendants moved for summary judgment. December 23, 2004, the court denied the motion without prejudice so the parties could complete discovery ordered that date. March 17, 2005, defendants moved for summary judgment. Plaintiff is not sure whether to respond because the March 17, 2005, motion is identical to defendants' initial motion.

Since the court denied the initial motion without prejudice, the March 17, 2005, motion is dispositive and plaintiff should respond if he opposes it.

1  Accordingly, plaintiff has 30 days from the date this order
2 is signed to file and serve an opposition to the March 17, 2005,
3 motion.
4  So ordered.
5  Dated:  November 1, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge