United States District Court

Eastern District of California

Paul Eric Hebbe,

        Plaintiff,                         No. Civ. S 00-0306 GEB PAN P

   vs.                                        Order

Cal A. Terhune, et al.,

        Defendants.

-oOo-

Defendant requests the court take judicial notice of an order and judgment in a different case.  Plaintiff opposes.

Rule 201 of the Federal Rule of Evidence permits a court to take judicial notice of adjudicative facts.  Under Ninth Circuit precedent, "a court may not take judicial notice of proceedings or records in another cause so as to supply, without formal introduction of evidence, facts essential to support a contention in a cause then before it."  M/V American Queen v. San Diego Marine Const. Corp., 708 F.2d 1483 (9th Cir. 1983) (no abuse of

1  discretion where trial court noticed unpublished orders from
2  other cases solely to identify general policy considerations
3  bearing on the case before it); see also Wyatt v. Terhune, 315
4  F.3d 1108 (9th Cir. 2003) (district court abused discretion by
5  relying on judicially noticed factual findings in one case to
6  decide another).
7       Defendants assert the facts and legal issues in Knight v.
8  Pliler, No. Civ. S 02-1299 GEB KJM, are "identical" to those in
9  this case, the court found defendants there were entitled to
10 qualified immunity and, "[t]here is no reason for any different
11 conclusion in this case."
12      Insofar as defendants want the court to rely on the facts of
13 Knight, Ninth Circuit precedent clearly dictates denying such a
14 request.  Insofar as defendants seek to rely on Knight as legal
15 precedent, the request under Rule 201 is misplaced.
16      For these reasons, defendant's April 6, 2005, request is
17 denied.
18      So ordered.
19      Dated:  January 5, 2006.

                              /s/ Peter A. Nowinski
                              PETER A. NOWINSKI
                              Magistrate Judge