IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

      Plaintiff,                    No. CIV S-00-0306 GEB EFB P

     vs.

CAL A. TERHUNE, et al.,

      Defendants.         ORDER

_____/

      Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On May 1, 2007, the court issued an order and writ of habeas corpus ad testificandum directing the warden of the Correctional Training Facility to produce plaintiff for trial on September 7, 2007. However, the writ issued prematurely. Good cause appearing, the matter will be set for trial confirmation hearing before the Honorable Garland E. Burrell, Jr. on August 1, 2007 at 1:30 p.m. Any writ necessary to secure plaintiff's attendance at trial will issue thereafter.

      Accordingly, it is ORDERED that:

      1. The writ of habeas corpus ad testificandum issued on May 1, 2007, is vacated;

      2. A trial confirmation hearing is now set for August 1, 2007 at 1:30 p.m. before the Honorable Garland E. Burrell, Jr.; and

1     3. A writ issues separately to provide for plaintiff's attendance at the trial confirmation
2 hearing by videoconference.
3 Dated: May 16, 2007.

                                  EDMUND F. BRENNAN
                                  UNITED STATES MAGISTRATE JUDGE