## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

        Plaintiff,                  No. CIV S-00-0306 GEB EFB P

vs.

CAL A. TERHUNE, et al.,

        Defendants.         **ORDER & WRIT OF HABEAS CORPUS**
                                        /          **AD TESTIFICANDUM**

       Paul Eric Hebbe, inmate # P-04364, a necessary and material witness in proceedings in this case on July 27, 2007, is confined in the Correctional Training Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Garland E. Burrell, Jr., to appear by video-conferencing at Correctional Training Facility, on July 27, 2007, at 1:00 p.m.

       ACCORDINGLY, IT IS ORDERED that:

       1.  A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

       2.  The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Acting Warden Ben Curry:**
  Highway 101 North
  P. O. Box 686
  Soledad, CA 93960-0686

       **WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

       **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED:  May 24, 2007.

                                                                       _____
                                                                 UNITED STATES MAGISTRATE JUDGE