IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

     Plaintiff,                    No. CIV S-00-0306 GEB EFB P

    vs.

CAL A. TERHUNE, et al.,

     Defendants.         <u>ORDER</u>

_____/

     Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. On May 16, 2007, the court issued an order and writ of habeas corpus ad testificandum directing the warden of the Correctional Training Facility to produce plaintiff for trial confirmation hearing by videoconference on August 1, 2007. Due to the unavailability of the district judge on August 1, 2007, the trial confirmation hearing will be advanced.

     Accordingly, it is ORDERED that:

     1. The writ of habeas corpus ad testificandum issued on May 16, 2007, is vacated;

     2. The trial confirmation hearing, previously set for August 1, 2007, is ADVANCED to July 27, 2007 at 1:00 p.m. before the Honorable Garland E. Burrell, Jr.; and

////

////

1

1      3. A writ issues separately to provide for plaintiff's attendance at the trial confirmation

2 hearing by videoconference.

3 Dated: May 24, 2007.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE