IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

        Plaintiff,

  v.

CHERYL PLILER, et al.,

        Defendants.

2:00-cv-0306-GEB-EFB-P

ORDER

At the trial confirmation hearing held on July 27, 2007, the parties consented to refer this action to the United States Magistrate Judge.  See 28 U.S.C. § 636(c).  Local Rule 73-305(b) prescribes "notwithstanding the consent of all parties, the [United States District] Judge or Magistrate Judge may reject the referral."  If the Magistrate Judge accepts the referral, this action is reassigned to the Magistrate Judge on the date this Order is filed.

Dated:  July 27, 2007

_____
GARLAND E. BURRELL, JR.
United States District Judge

1

## ACCEPTANCE OF REFERRAL

Pursuant to the parties' consent and the approval of the United States District Judge, I accept reassignment of this action for all further proceedings, including entry of final judgment. All documents hereafter filed shall be denominated as Civ. S-00-0306 EFB P.

IT IS SO ORDERED.

DATED: July 27, 2007.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE