## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

        Plaintiff,                  No. CIV S-00-0306 EFB P

  vs.

CAL A. TERHUNE, et al.,

        Defendants.        **ORDER & WRIT OF HABEAS CORPUS**
                                       /        **AD TESTIFICANDUM**

Paul Eric Hebbe, inmate # P-04364, a necessary and material witness in proceedings in this case on August 22, 2007, is confined in the Correctional Training Facility, in the custody of the Warden; in order to secure this inmate's attendance it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before the Honorable Edmund F. Brennan, to appear by video-conferencing at Correctional Training Facility, on August 22, 2007, at 11:15 a.m.

ACCORDINGLY, IT IS ORDERED that:

1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to testify by video-conferencing before the United States District Court at the time and place above, and from day to day until completion of court proceedings or as ordered by the court; and

2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

**To: Acting Warden Ben Curry:**
  Highway 101 North
  P. O. Box 686
  Soledad, CA 93960-0686

**WE COMMAND** you to produce the inmate named above to testify before the United States District Court at the time and place above by video-conferencing, and from day to day until completion of the proceedings or as ordered by the court.

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED: July 30, 2007.

                                                                        _____
                                                                        UNITED STATES MAGISTRATE JUDGE