IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

    Plaintiff,                    No. CIV S-00-0306 EFB P

    vs.

CAL. A. TERHUNE, et al.,

    Defendants.             <u>ORDER</u>

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations.  *See* 42 U.S.C. § 1983.  A Trial confirmation hearing is now SET for August 22, 2007, at 11:15 a.m. in Courtroom No. 25.

        So ordered.

Dated:   July 30, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE