IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

      Plaintiff,                       No. CIV S-00-0306 EFB

     vs.

CHERYL PLILER, et al.,

      Defendants.           <u>ORDER</u>

                                /

     This case was before the undersigned on August 22, 2007, for a trial confirmation hearing. Plaintiff Paul Eric Hebbe, appeared telephonically on his own behalf. David A. Carrasco and Anthony O'Brien appeared as defense counsel. As stated in the March 26, 2007, pretrial order, trial in this matter is set to commence on September 25, 2007. The parties anticipate that the trial, including jury selection, will last three to four days. That trial date is hereby confirmed.

     Accordingly, IT IS HEREBY ORDERED that:

     1. Plaintiff shall file his trial brief no later than September 11, 2007;

     2. Defendants shall file their trial brief no later than September 18, 2007;

     3. All motions in limine must be filed no later than September 11, 2007; any opposition thereto must be filed no later than September 18, 2007; and

1

4. Proposed jury instructions and proposed verdict forms must be filed no later than September 11, 2007.

DATED: August 22, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE