IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

    Plaintiff,                    No. CIV S-00-0306 EFB P

    vs.

CHERYL K. PLILER, et al.,

    Defendants.         <u>ORDER</u>

_____/

        Plaintiff is a prisoner without counsel seeking relief for civil rights violations. *See* 42 U.S.C. § 1983. Trial is scheduled to commence on September 25, 2007. Plaintiff has filed a motion for an order permitting him to wear civilian attire during trial. Defendants have not filed an opposition. For the reasons explained below, the motion is granted.

        Plaintiff has been convicted of a crime for which he presently is confined within the California Department of Corrections and Rehabilitation. Thus, there is no presumption of innocence to be maintained before the jury. However, here plaintiff has made his appearance in civilian clothing feasible by contacting the Office of the Federal Defender, which has agreed to provide clothing for him. Although instructions to the jury to consider the case without bias, sympathy, prejudice and without regard to public opinion are normally adequate to counter any influence from the plaintiff appearing in prison attire, it does not appear that the arrangements

made here will prejudice the defendants nor hinder the custodians of the plaintiff.

Accordingly, it is ORDERED that:

1. Plaintiff's September 14, 2007, motion for leave to appear in civilian attire is granted;

2. Officials of the California Department of Corrections and Rehabilitation and the United States Marshal's Office shall cooperate with the Office of the Federal Defender to facilitate plaintiff's changing from prison to civilian attire;

3. Before each day's proceedings, plaintiff shall be taken to the Marshal's lockup area no later than 8:00 a.m. in order for plaintiff to change into civilian attire;

4. Following each day's proceedings, plaintiff shall be taken to the Marshal's lockup area in order to change in to a prison uniform.

Dated: September 20, 2007.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE