IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

        Plaintiff,                No. CIV S-00-0306 EFB P

    vs.

CHERYL PLILER, et al.,

        Defendants.        <u>ORDER</u>

      /

    Pursuant to the parties' stipulation and good cause appearing, plaintiff shall file his amended complaint no later than May 19, 2011. All other deadlines in the court's April 7, 2011 order remain unchanged.

DATED: April 28, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE