IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ERIC HEBBE,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHERYL PLILER, et al.,**<br><br>　　　　　　　　　　　Defendants. | Case No. 2:00-cv-0306-EFB<br><br>[PROPOSED] ORDER EXTENDING TIME TO FILE RESPONSIVE PLEADING |

　　　According to the Parties' Stipulation and good cause appearing, Defendants shall file their responsive pleading no later than July 8, 2011.

　　**IT IS SO ORDERED.**

Dated: June 27, 2011

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

1

[Proposed] Order (2:00-cv-0306-EFB