IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL ERIC HEBBE,**<br><br>                          Plaintiff,<br><br>           **v.**<br><br>**CHERYL PLILER, et al.,**<br><br>                          Defendants. | 2:00-cv-00306-EFB<br><br>**ORDER** |

Pursuant to the parties' stipulation and good cause appearing, Defendants' Motion for Judgment on the Pleadings shall be heard on Wednesday, November 2, 2011 at 10 am in Courtroom 24.  Discovery is hereby stayed pending resolution of the motion.  A new discovery schedule shall be set after the motion is resolved.

DATED:  August 31, 2011.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE