IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ERIC HEBBE,**<br><br>                              Plaintiff,<br><br>        v.<br><br>**CAL TERHUNE, et al.,**<br><br>                              Defendants. | Case No. 2:00-cv-00306-EFB<br><br>**ORDER EXTENDING HEARING DATE AND TIME TO FILE REPLY** |

   Based on the stipulation of the parties and good cause appearing, Defendants' Motion for Judgment on the Pleadings shall be heard on Wednesday ~~Monday~~, December 7~~5~~, 2011. Defendants must file their reply, if any, no later than November 28, 2011.

   **IT IS SO ORDERD.**

Dated: October 20, 2011

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:00-cv-00306-EFB)