IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ERIC HEBBE,** | Case No. 2:00-cv-00306-EFB |
| Plaintiff, | **ORDER EXTENDING HEARING DATE AND TIME TO FILE REPLY** |
| v. | |
| **CAL TERHUNE, et al.,** | |
| Defendants. | |

Based on the stipulation of the parties and good cause appearing, Defendants' Motion for Judgment on the Pleadings shall be heard on Wednesday ~~Monday~~, December 7~~5~~, 2011. Defendants must file their reply, if any, no later than November 28, 2011.

**IT IS SO ORDERD.**

Dated: October 20, 2011

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[~~Proposed~~] Order (2:00-cv-00306-EFB)