IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PAUL ERIC HEBBE,

      Plaintiff,                    No. CIV S-00-0306 EFB P

      vs.

CHERYL PLILER, et al.,

      Defendants.             ORDER

_____/

      Plaintiff is a state prisoner proceeding with counsel in an action brought under 42 U.S.C. § 1983. On December 12, 2011, the court held a hearing on defendants' motion for judgment on the pleadings. Michael Williams appeared on behalf of plaintiff, and William Downer appeared on behalf of defendants. For the reasons stated on the record, defendants' motion for judgment on the pleadings was denied.

      On January 30, 2012, the parties submitted a joint status report. The court adopts the deadlines set out in the status report. The parties may conduct discovery until June 29, 2012. Dispositive motions must be filed by August 31, 2012.

      So ordered.

DATED: March 21, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE