IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL ERIC HEBBE,** | 2:00-cv-00306-EFB |
| Plaintiff, | |
| v. | **ORDER EXTENDING TIME FOR DISCOVERY** |
| **CHERYL PLILER, et al.,** | |
| Defendants. | |

Pursuant to the parties' stipulation and good cause appearing, discovery may proceed until August 31, 2012, and dispositive motions must be filed by September 28, 2012.

**IT IS SO ORDERED.**

DATED: June 18, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SCHEDULING STIPULATION AND ORDER
2:00-cv-00306-EFB