IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL ERIC HEBBE,**<br><br>               Plaintiff,<br><br>      **v.**<br><br>**CHERYL PLILER, et al.,**<br><br>               Defendants. | 2:00-cv-00306-EFB<br><br>**ORDER EXTENDING TIME FOR DISCOVERY** |

Pursuant to the parties' stipulation and good cause appearing, discovery may proceed until

August 31, 2012, and dispositive motions must be filed by September 28, 2012.

**IT IS SO ORDERED.**

DATED:  June 18, 2012.

_____

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE