IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

**PAUL ERIC HEBBE,**

Plaintiff,

v.

**CHERYL PLILER, et al.,**

Defendants.

2:00-cv-00306-EFB

**ORDER EXTENDING TIME FOR DISCOVERY**

Pursuant to the parties' stipulation and good cause appearing, discovery may proceed until September 28, 2012, and dispositive motions must be filed by October 31, 2012.

**IT IS SO ORDERED.**

DATED:  July 30, 2012.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

SCHEDULING STIPULATION AND ORDER
2:00-cv-00306-EFB