IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **PAUL ERIC HEBBE,**<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>**CHERYL PLILER**, an individual; and<br>**STEVEN VANCE,** an individual,<br><br>　　　　　　　　　　　Defendants. | 2:00-cv-00306-EFB<br><br>**ORDER FOR CONTINUANCE OF HEARING ON DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** |

　　　　Pursuant to the parties' stipulation and good cause appearing, the hearing on defendants' motion for summary judgment (ECF No. 204) will be rescheduled to January 9, 2013 at 10:00 a.m. Plaintiff's opposition brief will be due on December 17, 2012, and defendants' reply brief will be due on January 2, 2013.

　　　　**IT IS SO ORDERED.**

　　　　DATED: November 19, 2012.

　　　　　　　　　　　　　　　　　　　　　　　／s／ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER FOR
CONTINUANCE
2:00-cv-00306-EFB