KAMALA D. HARRIS, State Bar No. 146672
Attorney General of California
CHRISTOPHER J. BECKER, State Bar No. 230529
Supervising Deputy Attorney General
DIANA ESQUIVEL, State Bar No. 202954
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone: (916) 445-4928
 Facsimile: (916) 324-5205
 E-mail: Diana.Esquivel@doj.ca.gov

*Attorneys for Defendants Pliler and Vance*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **PAUL ERIC HEBBE,** | No. 2:00-cv-00306 EFB |
| Plaintiff, | **STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE AND ~~PROPOSED~~ ORDER** |
| v. | [Fed. R. Civ. P. 41(a)(1)(A)(ii)] |
| **PLILER, et al.,** | |
| Defendants. | |

Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Paul E. Hebbe and

Defendants Pliler and Vance stipulate to the voluntary dismissal of this action with prejudice.

/ / /

/ / /

/ / /

/ / /

/ / /

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  October 15, 2013                                              Respectfully submitted,

KAMALA D. HARRIS
Attorney General of California
CHRISTOPHER J. BECKER
Supervising Deputy Attorney General

___*/s/ Diana Esquivel*___
Diana Esquivel
Deputy Attorney General
*Attorneys for Defendants*

Dated: October 15, 2013                                              O'MELVENY & MYERS LLP

___*/s/ Robert D. Hunt*___
David Almeling
Robert D. Hunt
*Attorneys for Plaintiff*

**ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  October 16, 2013.            [signature]
                                                         EDMUND F. BRENNAN
                                                         UNITED STATES MAGISTRATE JUDGE

CA2001CX0034
31796302.doc

2