1  KAMALA D. HARRIS, State Bar No. 146672
   Attorney General of California
2  CHRISTOPHER J. BECKER, State Bar No. 230529
   Supervising Deputy Attorney General
3  DIANA ESQUIVEL, State Bar No. 202954
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 445-4928
6   Facsimile: (916) 324-5205
    E-mail: Diana.Esquivel@doj.ca.gov
7
   *Attorneys for Defendants Pliler and Vance*
8

9            IN THE UNITED STATES DISTRICT COURT

10           FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12

13  **PAUL ERIC HEBBE,**                   No. 2:00-cv-00306 EFB

14                              Plaintiff,  **STIPULATION FOR VOLUNTARY
                                            DISMISSAL WITH PREJUDICE AND**
15          v.                              ~~**PROPOSED**~~ **ORDER**

16                                          [Fed. R. Civ. P. 41(a)(1)(A)(ii)]

17  **PLILER, et al.,**

18                              Defendants.

19

20

21       Under Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Paul E. Hebbe and

22  Defendants Pliler and Vance stipulate to the voluntary dismissal of this action with prejudice.

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28

                                              1

Each party is to bear his own costs, fees, or expenses.  There is no prevailing party in this action.

IT IS SO STIPULATED.

Dated:  October 15, 2013　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　KAMALA D. HARRIS
　　　　　　　　　　　　　　　　　　　　　　　Attorney General of California
　　　　　　　　　　　　　　　　　　　　　　　CHRISTOPHER J. BECKER
　　　　　　　　　　　　　　　　　　　　　　　Supervising Deputy Attorney General

　　　　　　　　　　　　　　　　　　　　　　　___*/s/ Diana Esquivel*_____
　　　　　　　　　　　　　　　　　　　　　　　Diana Esquivel
　　　　　　　　　　　　　　　　　　　　　　　Deputy Attorney General
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*

Dated: October 15, 2013　　　　　　　　　　　O'MELVENY & MYERS LLP

　　　　　　　　　　　　　　　　　　　　　　　___*/s/ Robert D. Hunt*_____
　　　　　　　　　　　　　　　　　　　　　　　David Almeling
　　　　　　　　　　　　　　　　　　　　　　　Robert D. Hunt
　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*

## **ORDER**

Based on the parties' stipulation, this action is dismissed with prejudice.

IT IS SO ORDERED.

Dated:  October 16, 2013.　　　　　　　　　　/s/ Edmund F. Brennan
　　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

CA2001CX0034
31796302.doc

2